# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DENISE BROWN,

    Plaintiff,

v.

WALGREEN CO., d/b/a WALGREENS STORE #2598,

    Defendant.

Case No. 2:16-CV-01652-KJD-VCF

**ORDER**

    Presently before the Court is the parties' Joint Motion to Dismiss Claims against Defendant Walgreen Co. (#19). Both Plaintiff and Defendant jointly move the court to dismiss all claims with prejudice. All parties who have appeared in this action signed the motion. <u>See</u> Federal Rule of Civil Procedure 41(a)(1)(A)(ii)(plaintiff may dismiss an action without order of the court by filing a stipulation of dismissal signed by all parties who have appeared).

    The parties are counseled that, in the future, the professional practice is to file a document titled "Stipulation to Dismiss" in accordance with Rule 41. This practice allows the dismissal of actions in which the parties agree without further involvement of the court, conserving judicial resources.

    Accordingly, IT IS HEREBY ORDERED that the Joint Motion to Dismiss Claims against Defendant Walgreen Co. (#19) is **GRANTED with prejudice**;

1    IT IS FURTHER ORDERED that all other outstanding motions are **DENIED as moot.**

2    DATED this 27th day of March 2017.

```
                                          _____
                                          Kent J. Dawson
                                          United States District Judge
```

2